IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER LYNN PICKLESIMER ) | |
| ) | |
| v. ) | NO. 3:13-1457 |
| ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ADMINISTRATION ) | |
| and SSA-EMAIL NOTIFICATION ) | |

ORDER

This case has been reassigned to the undersigned judge (Docket No. 12).

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this case is referred to the Magistrate Judge for a scheduling order, for decision on all nondispositive matters, and for a Report and Recommendation on disposition of Plaintiff's Complaint for judicial review of the decision of the Social Security Administration.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE