IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER PICKLESIMER | ) |
| | ) |
| v. | ) NO. 3-13-1457 |
| | ) JUDGE CAMPBELL |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 24), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is DENIED, and the decision of the Social Security Administration is AFFIRMED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE